UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

BRIAN DWAYNE BROOKINS,

                Plaintiff,

                Case # 18-CV-487-FPG

     v.

JONATHAN LAUREANO
& SALVATORE AMATO,

                Defendants.
_____

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT HEREBY IS STIPULATED AND AGREED, by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice and without costs, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: May 19, 2022

                /s/Spencer L. Ash
                Counsel for Defendants


                /s/David Grossman
                Counsel for Plaintiff