**Federal Rules of Appellate Procedure Form 1.   Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of
Western District of New York

File Number 1:18-cv-00487-FPG-HKS

BRIAN DWAYNE BROOKINS,            )
        *Plaintiff,*                  )
  v.                                )    Notice of Appeal
JONATHAN LAUREANO &               )
        *Defendant.*                 )

Notice is hereby given that Brian Dwayne Brookins                  , (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the Second Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 6th day of June, 20 22 .

/s/ _____

Attorney for Plaintiff
Address: 1248 Montauk Highway, West Islip, NY 11795

[*Note to inmate filers:* *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

*See Rule 3(c) for permissible ways of identifying appellants

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BRIAN DWAYNE BROOKINS,

            Plaintiff,

v.                                    Case # 18-CV-487-FPG

JONATHAN LAUREANO
& SALVATORE AMATO,

            Defendants.

---

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT HEREBY IS STIPULATED AND AGREED, by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice and without costs, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: May 19, 2022

                                      /s/Spencer L. Ash
                                      Counsel for Defendants


                                      /s/David Grossman
                                      Counsel for Plaintiff